[No. 13870-1-II.   Division Two.   April 27, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL VERNON ELKHART, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 89-1-00159-3, Gary W. Velie, J., entered April 13, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Worswick, J. Pro Tem., concurred in by Seinfeld, J., and Callow, J. Pro Tem.

[No. 14149-3-II.   Division Two.   April 29, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK G. RAMSETH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-02755-2, Bruce W. Cohoe, J., entered July 16, 1990. *Affirmed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Pearson, J. Pro Tem., Petrich, C.J., dissenting.

[No. 14079-9-II.   Division Two.   April 29, 1992.]

THE STATE OF WASHINGTON, *Petitioner*, v. ROBERT MICHAEL FISCHER, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-1-03598-9, Thomas A. Swayze, Jr., J., entered April 19, 1990. *Reversed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Petrich, C.J., and Wieland, J. Pro Tem.